IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGASA GAMIL, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2010 (JR) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| JABBAROW OYBEK JAMOLIVICH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2112 (RBW) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| NAIF ABDULLA AL NAKHEELAN, *et al.*,) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2201 (ESH) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| MOHAMMED AL AMIN, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-2336 (PLF) ) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) ) ) ) |
| Respondents. | ) ) ) |
| GHASSAN ABDULLAH AL<br>    SHARBI, *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-2348 (EGS) ) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) ) ) ) |
| Respondents. | ) ) ) |
| AHMED BEN BACHA, *et al.*, | ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-2349 (RMC) ) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) ) ) ) |
| Respondents. | ) ) ) |

- 2 -

|  |  |  |
|---|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2367 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2369 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUR RAZAKAH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2370 (EGS) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| AHMED AL DARBY, *et al.,* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2371 (RCL) |
| ABDUL HALEEM, *et al.,* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2376 (RBW) |
| ABDUL HAMID ABDUL SALAM )<br>   AL-GHIZZAWI, *et al.,* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2378 (JDB) |

| | | |
|---|---|---|
| ADHAM MOHAMMED ALI AWAD, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2379 (JR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ZAKARIA AL-BAIDANY, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2380 (CKK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ISMAIL ALI AL RAMMI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2381 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| SALIM SAID, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2384 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2386 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| JOBRAN SAAD AL-QUHTANI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2387 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | |
|---|---|
| THABID, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2398 (ESH) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |

| | |
|---|---|
| ALKHADR ABDULLAH AL YAFIE, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2399 (RJL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |

| | |
|---|---|
| MOHAMMAD RIMI, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2427 (RJL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |

| | |
|---|---|
| TALAH AHMED MOHAMMED ALI ALMJRD, *et al.*, </br></br>Petitioners, </br></br>v. </br></br>GEORGE W. BUSH, President of the United States, *et al.*, </br></br>Respondents. | Civil Action No. 05-CV-2444 (RMC) |
| SALEH ALI ABDULLAH AL SALAMI, *et al.*, </br></br>Petitioners, </br></br>v. </br></br>GEORGE W. BUSH, President of the United States, *et al.*, </br></br>Respondents. | Civil Action No. 05-CV-2452 (PLF) |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, </br></br>Petitioners, </br></br>v. </br></br>GEORGE W. BUSH, President of the United States, *et al.*, </br></br>Respondents. | Civil Action No. 05-CV-2458 (RWR) |

| | | |
|---|---|---|
| ANWAR KHAN, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-CV-2466 (RCL) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| MUBARK HUSSEIN, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-CV-2467 (PLF) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| AHMED AL-DELEBANY, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-CV-2477 (RMU) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, *et al.*,<br><br>　　　　Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>　　President of the United States, *et al.*,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-CV-2479 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ATTORNEY APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated:  January 5, 2006　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　DOUGLAS N. LETTER
　　　　　　　　　　　　　　　　　　Terrorism Litigation Counsel

　　　　　　　　　　　　　　　　　　　 /s/ Terry M. Henry
　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT (D.C. Bar No. 431134)
　　　　　　　　　　　　　　　　　　VINCENT M. GARVEY (D.C. Bar No. 127191)
　　　　　　　　　　　　　　　　　　TERRY M. HENRY
　　　　　　　　　　　　　　　　　　JAMES J. SCHWARTZ
　　　　　　　　　　　　　　　　　　PREEYA M. NORONHA
　　　　　　　　　　　　　　　　　　ROBERT J. KATERBERG
　　　　　　　　　　　　　　　　　　NICHOLAS J. PATTERSON
　　　　　　　　　　　　　　　　　　ANDREW I. WARDEN
　　　　　　　　　　　　　　　　　　EDWARD H. WHITE

MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents