- Iraqi detainee abus                                                                 Page 1

b6 -1
b7C -1

# URGENT REPORT

DATE:   JUNE 25, 2004

TO:     THE DIRECTOR

CC:     Deputy Director Bruce J. Gebhardt
        EAD Cassandra Chandler
        EAD John Pistole
        AD Grant Ashley
        AD Gary Bald
        SC Arthur Cummings

b6 -1
b7C -1
        UC
        SSA
        CT Watch
        SIOC

FROM:   SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT: ASAC David A. Picard          b2 -1
                                                  (Main Office)
                                                                b2 -1
PREPARER OF URGENT REPORT:       SSA                            b6 -1
                                                                b7C -1

PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM
b7A -1   AN INDIVIDUAL
b6 -3                   WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES
b7C -3   IN           IRAQ DURING THE PERIOD OF            IT IS BEING
b7D -1   FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT
         PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS
         TO THE DIRECTOR.

b7A -1   SUBJECT: PRELIMINARY STATEMENTS MADE BY
b6 -1,3                          TO SACRAMENTO SPECIAL AGENTS
b7C -1,3 AND
b7D -1

DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5



                              was advised that the Sacramento Field Office
was not aware of any such report.

DETAINEES-1609

1609
4910

Iraqi detainee abuses                                                                                                Page 2

b6 -1
b7C -1

## URGENT REPORT

[redacted] came into the Sacramento Field Office and provided the following:

b7A -1
b6 -3
b7C -3
b7D -1

[redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in [redacted] Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations. [redacted]

[redacted] was providing this information to the FBI based on his knowledge that [redacted] were engaged in a cover-up of these abuses. He stated these cover-up efforts included [redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[redacted]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[redacted] advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

DETAINEES-1610

b7A -1
b6 -3
b7C -3
b7D -1

1610

4911

- Iraqi detainee abuses

b6 -1
b7C -1

Page 3

b7A -1
b6 -3
b7C -3
b7D -1

**URGENT REPORT**

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

DETAINEES-1611

1611

4912