IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> *Respondents.* | ) ) ) ) ) ) ) ) Civil Action No. 05-CV-2369 (RWR) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals, Petitioners' opposition thereto, Petitioners' cross-motions for: (a) the immediate issuance of a writ of *habeas corpus* pursuant to 28 U.S.C. § 2243, or, alternatively, an order to show cause; (b) a preliminary injunction requiring Respondents to provide thirty days' advance notice of any removal of Petitioner Alsaaei from Guantánamo Bay, Cuba; and (c) an order requiring Respondents to preserve all evidence regarding Petitioner Alsaaei, and any reply, as well as the entire record in this case, and it appearing that good cause exists for denying Respondents' motion and granting Petitioners' motions, it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004 in *In re Guantanamo Detainee Cases*, 344 F. Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended

1

Protective Order, first issued on December 13, 2004 in *In re Guantanamo Detainee Cases*, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in *In re Guantanamo Detainee Cases*, shall apply in the above-captioned case; and it is further

ORDERED that Petitioners' cross-motion for an order to show cause be is GRANTED. Respondents shall file upon this Court a factual return relating to Petitioner Alsaaei within twenty (20) days; and it is further

ORDERED that Petitioners' cross-motion for a preliminary injunction requiring Respondents to provide notice of any removal of Petitioner Alsaeei is GRANTED. Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, shall provide this Court and Petitioners or any counsel representing them with thirty days' advance written notice of any transfer or removal of Petitioner Alsaaei from United States custody at Guantánamo Bay; and it is further

ORDERED that Petitioners' cross-motion for a preservation order is GRANTED. Respondents shall preserve and maintain all evidence, documents, and information, without limitation, now or ever in Respondents' possession, custody or control, regarding Petitioner Alsaaei.

The Court hereby denies Respondents' motion for a stay pending related appeals.

SO ORDERED this ___ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge