IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2369 (RWR) |
| SALEH ALI ABDULLAH AL SALAMI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2452 (PLF) |

**NOTICE OF MULTIPLE PETITIONS
FILED BY GUANTANAMO BAY DETAINEE**

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 340 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 340 has filed petitions as Abdullah Ali Saleh Gerab Alsaaei in <u>Alsaaei v. Bush</u>, No. 05-CV-2369 (RWR), and as Abdullah Al Sali Al Asoriya in <u>Al Salami v. Bush</u>, No. 05-CV-2452 (PLF).

Dated: March 27, 2006             Respectfully submitted,

                                  PETER D. KEISLER
                                  Assistant Attorney General

                                  DOUGLAS N. LETTER
                                  Terrorism Litigation Counsel

                                       /s/ Preeya M. Noronha
                                  JOSEPH H. HUNT (D.C. Bar No. 431134)
                                  VINCENT M. GARVEY (D.C. Bar No. 127191)
                                  TERRY M. HENRY
                                  JAMES J. SCHWARTZ
                                  PREEYA M. NORONHA
                                  ROBERT J. KATERBERG
                                  NICHOLAS J. PATTERSON
                                  ANDREW I. WARDEN
                                  EDWARD H. WHITE
                                  MARC A. PEREZ
                                  Attorneys
                                  United States Department of Justice
                                  Civil Division, Federal Programs Branch
                                  20 Massachusetts Ave., N.W.
                                  Washington, DC  20530
                                  Tel:  (202) 514-4107
                                  Fax:  (202) 616-8470

                                  Attorneys for Respondents