**Vela, Veronica**

| | |
|---|---|
| **From:** | Preeya.Noronha@usdoj.gov |
| **Sent:** | Wednesday, February 15, 2006 1:45 PM |
| **To:** | Vela, Veronica |
| **Subject:** | RE: Alsaaei v. Bush, No. 05-CV-2369 |

Veronica,

Based on this information, DoD is now able to identify this petitioner as a detainee at Guantanamo Bay.

Regards,
Preeya

-----Original Message-----
From: VVela@stblaw.com [mailto:VVela@stblaw.com]
Sent: Monday, January 30, 2006 6:54 PM
To: Noronha, Preeya (CIV)
Cc: NKolodny@stblaw.com; pcurnin@STBLAW.COM; MStein@stblaw.com; KAbravanel@stblaw.com
Subject: FW: Alsaaei v. Bush, No. 05-CV-2369

Dear Preeya-

We represent Petitioner Alsaaei in the above captioned action, 05-CV-2369.  Per your request, we write to provide you with additional information concerning our client in the hopes that it will help you to identify Mr. Alsaaei as a detainee at Guantánamo.  We obtained this information from Mr. Alsaaei's father and we submit it as correct upon information and belief.

1)      We believe the correct spelling of our client's name is Abdullah Ali Saleh Jarab Alsaiari  (The last name may also be written in your records as Al-Saiari) ;

2)      Our client's father, and next friend in this action, is named Ali Saleh G. Alsaiari.  This spelling is reflected on official government documents;

3)      Petitioner Al-Saiari mailed a letter to his family in 2005.  From this letter, it is clear that Petitioner Alsaiari was at Camp Delta in 2005.  The envelope containing the letter had a stamped Camp Delta return address and a file stamp beginning with the prefix "GUAN".  The return address also contained the code "JJJC-DJ".  A copy of this envelope is attached;

4)      Petitioner Al Saiari was born and raised in a desert town in Northern Saudi Arabia named Sharwra;

5)      Petitioner Al Saiari was born on April 14, 1983;

6)      According to  Petitioner Ali Saleh G. Alsaiari, his son, Petitioner Abdullah Alsaiari, has a left ear that is more prominent than the other, "flatter" ear.  A copy of Petitioner Abdullah Alsaiari's picture is attached;

In addition, we have attached a new authorization from Petitioner /next friend Alsaiari.  Please let us know whether this information proves helpful.  We will do our best to share any additional information we receive which may assist your search;


Regards,
Veronica Vela

Counsel for Petitioners

Mark J. Stein

1

Paul C. Curnin
Veronica Vela
Karen E. Abravanel
Nathaniel I. Kolodny

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
 New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502


Dear Mr. Curnin:

Respondents intend to move to stay the most recently-filed Guantanamo detainee habeas cases, including Alsaaei v. Bush, No. 05-CV-2369 (RWR). I am writing to ascertain your position with respect to such a motion. Our motion will seek a stay of proceedings pending resolution of the pending appeals of Judge Green's January 31, 2005 decision and Judge Leon's January 19, 2005 decision in some of the other Guantanamo detainee cases. The requested stay, however, would not apply to entry of the November 8, 2004 Protective Order, along with the December 13, 2004 supplement to the Protective Order, in this case, as well as entry of a order, consistent with Judge Green's November 10, 2004 Order in the other coordinated cases, requiring that petitioners' counsel treat information designated as "protected information" as "protected information" under the Protective Order, unless and until the Court rules that the information should not be designated as "protected." Entry of these orders, and counsel's compliance with them, will facilitate your ability to visit properly represented petitioners at Guantanamo Bay.

We intend to file our motion within the next day or so, and would appreciate hearing from you regarding your position at your earliest convenience.

Also, please be advised that respondents have been unable to identify petitioner Abdullah Ali Saleh Gerab Alsaaei as a detainee at Guantanamo Bay.  Accordingly, please provide us any mail from this petitioner (e.g., ICRC or military mail) indicating that he is presently detained at Guantanamo or that would indicate an ISN or "GUAN" number on the correspondence. Alternatively, we suggest that the next friend to this petitioner provide you with a physical description, birthdate, any unique identifying information about petitioner, or the basis for his/her belief that this petitioner is presently detained at Guantanamo. Thank you.

Sincerely,

Preeya Noronha

Preeya M. Noronha
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7226
Washington, D.C. 20530
Tel: (202) 514-3338
Fax: (202) 616-8202
E-mail: preeya.noronha@usdoj.gov