## Abravanel, Karen

| | |
|---|---|
| **From:** | Preeya.Noronha@usdoj.gov |
| **Sent:** | Tuesday, March 28, 2006 4:54 PM |
| **To:** | Abravanel, Karen |
| **Cc:** | Curnin, Paul C; Vela, Veronica; Kolodny, Nathaniel |
| **Subject:** | RE: Alsaaei v. Bush, No. 05-CV-2369 (RWR) |

Karen,

Because the Detainee Treatment Act of 2005 has withdrawn the Court's jurisdiction over this action, respondents oppose your motion.

Regards,
Preeya Noronha

-----Original Message-----
From: KAbravanel@stblaw.com [mailto:KAbravanel@stblaw.com]
Sent: Tuesday, March 28, 2006 3:06 PM
To: Noronha, Preeya (CIV)
Cc: pcurnin@STBLAW.COM; VVela@stblaw.com; NKolodny@stblaw.com
Subject: Alsaaei v. Bush, No. 05-CV-2369 (RWR)

Preeya --

The undersigned are counsel for Petitioners in the matter Alsaaei v. Bush, No. 05-CV-2369 (RWR).  Petitioners intend to file a motion for expedited entry of the November 8, 2004 Protective Order, the November 10, 2004 Order Designating "Protected Information," and the December 13,
2004 Supplement to the November 8, 2004 Protective Order (collectively, the "Protective Order").  We note that in the motion to stay proceedings, filed on December 22, 2005, Respondents stated that they do not object to entry of the Protective Order.  Petitioners consented to entry of the Protective Order in the opposition to Respondents' motion for a stay of proceedings, filed on January 6, 2006.

Please let us know if you consent to this motion.

Regards,

Karen E. Abravanel


Counsel for Petitioners

Mark J. Stein
Paul C. Curnin
Veronica Vela
Karen E. Abravanel
Nathaniel I. Kolodny

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017
Tel: (212) 455-2000
Fax: (212) 455-2502