IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> *Respondents.* | ) ) ) ) ) ) ) ) ) Civil Action No. 05-CV-2369 (RWR) ) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

Petitioners' Motion for Expedited Entry of the Protective Order is hereby GRANTED. The following orders entered the *In re Guantanamo Detainee Cases* shall be fully applicable in this case as if entered herein: (1) Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); (2) Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004; and (3) Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004.

SO ORDERED this ___ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge