IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> *Respondents.* | ) ) ) ) ) ) ) ) ) Civil Action No. 05-CV-2369 (RWR) ) ) ) ) ) ) ) ) ) |

## NOTICE OF FILING MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Pursuant to Paragraph 19 of the Protective Order and Procedures for Counsel Access to Petitioners at the United States Naval Base in Guantanamo Bay, Cuba, entered on April 12, 2006 (dkt. no. 14), Petitioners hereby give notice to all parties of the filing of the attached Memorandum of Understanding Regarding Access to Classified National Security Information.

Dated: May 26, 2006

                                                       Respectfully Submitted,

                                                     SIMPSON THACHER & BARTLETT LLP

                                                     /s/ Paul C. Curnin
                                                     Paul C. Curnin
                                                     Veronica Vela
                                                     Karen E. Abravanel
                                                     Nathaniel I. Kolodny
                                                     425 Lexington Avenue
                                                     New York, New York 10017
                                                     Tel: (212) 455-2000
                                                     Fax: (212) 455-2502

                                                     Attorneys for Petitioners

*Of Counsel:*

Barbara J. Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499