PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents.* | Civil Action No. 05-CV-2369 (RWR) |

**EMERGENCY MOTION TO SHORTEN DEADLINE FOR RESPONDENTS' <u>SUBMISSION OF FACTUAL RETURN</u>**

Petitioners, by and through undersigned counsel, rely on the following points and authorities in support of their motion requesting that this Court amend its prior order to require Respondents to submit a factual return relating to Petitioner Abdullah Ali Saleh Gerab Alsaaei no later than September 6, 2006. This Court previously ordered Respondents to submit a factual return for Petitioner Alsaaei by September 14, 2006 (dkt. no. 22). Petitioners' counsel respectfully request that the Court shorten this deadline by six business days, since Petitioners' counsel are currently scheduled to meet with Petitioner Alsaaei on September 12 and 13, 2006 at the United States Naval Station at Guantánamo Bay, Cuba.

Petitioners sought Respondents' consent to submit the factual returns prior to Petitioners' counsel's departure for Guantánamo. Although Respondents responded that they would "endeavor to submit the factual return to the Court and make it available to [Petitioner's counsel] in the secure facility during the week of September 4th," they maintained that they are "not in a position to agree to a consent motion regarding a date certain." *See* email from Preeya Noronha,

dated August 24, 2006 (attached as Exhibit A). Respectfully, Petitioners cannot rely on Respondents' undertaking to "endeavor" to produce the returns. Given the difficulty and expense of arranging trips to Guantanamo, Petitioners' counsel needs sufficient time to review Petitioner Alsaaei's factual return in advance of their upcoming visit. The suggested revised submission deadline will ensure sufficient time for Petitioners' counsel to travel to the Secure Facility to review any portions of the factual return which may be classified, and to submit such portions for declassification prior to the visit. Since Respondents have possessed Petitioner Alsaaei's factual return for more than four years, requiring Respondents to submit the factual return seven business days before the original deadline should not impose any additional burden. On at least two occasions when the government was ordered to provide factual returns within seven days it was able to comply without issue. See *Errachidi v. Bush*, 05-640 (dkt. nos.15, 16); *Abdullah v. Bush,* 05-23 (dkt. nos. 24-26).

In contrast, adhering to the original September 14 deadline will impose a significant burden upon Petitioners. As this Court is aware, scheduling *habeas* counsel visits to Guantánamo is difficult, expensive and time- consuming. The procedure is also inefficient, such that a single one-day meeting requires a full three days of time including travel. It is thus extremely important that the visits be meaningful. If Petitioners' counsel cannot obtain Petitioner Alsaaei's factual return until *after* their scheduled visit, their legal representation will be hindered and their pro bono resources will be unnecessarily squandered.

WHEREFORE, for the above-stated reasons, for any other reason that may become known to the Court, and for good cause, Petitioners respectfully request that this Court amend its prior Order and direct Respondents to submit the factual return no later than September 6, 2006.

Dated: New York, New York
August 28, 2006

                                                              Respectfully submitted,

                                                              SIMPSON THACHER & BARTLETT LLP

                                                              /s/ Paul C. Curnin
                                                              Paul C. Curnin
                                                              Veronica Vela
                                                              Karen E. Abravanel
                                                              Nathaniel I. Kolodny
                                                              425 Lexington Avenue
                                                             New York, New York 10017
                                                             Tel: (212) 455-2000
                                                             Fax: (212) 455-2502

                                                             Attorneys for Petitioners

*Of Counsel:*

Barbara Olshansky (NY0057)
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499