# Exhibit A

## Vela, Veronica

**From:** Preeya.Noronha@usdoj.gov
**Sent:** Thursday, August 24, 2006 2:05 PM
**To:** Andrew.Warden@usdoj.gov; Vela, Veronica
**Cc:** Kolodny, Nathaniel; Mikel, Issa; Abravanel, Karen
**Subject:** RE: Alsaaei v. Bush, No. 05-2369

Dear Veronica,

We will endeavor to submit the factual return to the Court and make it available to you in the secure facility during the week of September 4th, however, we are not in a position to agree to a consent motion regarding a date certain.

Best regards,
Preeya

-----Original Message-----
From: VVela@stblaw.com [mailto:VVela@stblaw.com]
Sent: Thursday, August 24, 2006 1:35 PM
To: Noronha, Preeya (CIV); Warden, Andrew (CIV)
Cc: NKolodny@stblaw.com; IMikel@stblaw.com; KAbravanel@stblaw.com
Subject: RE: Alsaaei v. Bush, No. 05-2369

Preeya

Thank you for your prompt and very reasonable response.  We understand that September 4th is very soon (and also Labor Day), but we also understand that the information in the factual returns has existed for several years.  The process of copying and submitting the information should pose a minimal burden on the Government.

Is there a date certain, later during the week of September 4th, that you could consent to making the factual return available?  If you would consent to September 6th we can draw up a consent motion for your review prior to submission to the Court.

Thanks again,
Veronica


-----Original Message-----
From: Preeya.Noronha@usdoj.gov [mailto:Preeya.Noronha@usdoj.gov]
Sent: Thursday, August 24, 2006 12:06 PM
To: Andrew.Warden@usdoj.gov; Vela, Veronica
Cc: Kolodny, Nathaniel; Mikel, Issa; Abravanel, Karen
Subject: RE: Alsaaei v. Bush, No. 05-2369

Dear Veronica:

As you noted, Judge Roberts gave us until September 14, 2006 to submit the factual return in this case, and we have been proceeding to review and prepare it based on that deadline. Although it is not possible to submit the factual return by September 4, we will endeavor to make it available to you later during the week of September 4, so that you may review it prior to your departure to Guantanamo Bay.  That is the earliest that we would be able to produce the factual return, given the extensive review and preparation process required, as well as other upcoming deadlines and the Labor Day holiday.  Please note that you may make arrangements with the Court Security Office to access the secure facility during the weekend, if that becomes necessary.

Best regards,
Preeya

-----Original Message-----
From: VVela@stblaw.com [mailto:VVela@stblaw.com]
Sent: Wednesday, August 23, 2006 6:19 PM

1