UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ABDULLAH ALI SALEH GERAB       )
ALSAAEI et al.,                )
                               )
        Petitioners,           )
                               )
    v.                         )    Civil Action No. 05-2369 (RWR)
                               )
GEORGE W. BUSH et al.,         )
                               )
        Respondents.           )
_____)
```

## SHOW CAUSE ORDER

Petitioner Alsaaei is a detainee in United States custody at Guantanamo Bay Naval Base who filed a petition for habeas corpus relief through his father acting as his next friend. Alsaaei, through counsel, has filed an emergency motion requesting an amendment to an order directing respondents to file and serve a factual return regarding Alsaaei by September 14, 2006. Alsaaei requests an amendment that requires the return to be submitted no later than Wednesday, September 6, 2006, so that Alsaaei's counsel may review the factual return prior to a scheduled attorney-client meeting with Alsaaei at Guantanamo on Tuesday and Wednesday, September 12 and 13, 2006.

Alsaaei sought respondents' consent to filing the return by a date certain during the week of September 4, 2006, and proposed September 6 as the date certain. In an email dated August 24, 2006, counsel for respondents stated that respondents "will

-2-

endeavor to submit the factual return . . . and make it available to you in the secure facility during the week of September 4th, however we are not in a position to agree to a consent motion regarding a date certain."

The parties are well aware that the opportunity for counsel to review the factual return prior to meeting with Alsaaei is of significant value to the attorney-client relationship on which our adversary system of justice relies heavily.  The parties are also well aware that the security and language issues involved in this matter makes the logistics of the attorney-client meetings difficult and expensive, requiring advanced planning and commitment of funds.  In light of these factors, and the fact that respondents have known since August 23, 2006, of Alsaaei's request for a date certain sufficiently in advance of the scheduled visit to Guantanamo to permit a complete review of the factual return, respondents are hereby directed to show cause in writing on or before August 31, 2006, why the order should not be amended to require that Alsaaei's factual return be filed and made available to counsel by noon Friday, September 8, 2006.  No response to this show cause order is necessary if respondents file the return by noon on Friday, September 8, 2006.

-3-

SIGNED this 30th day of August, 2006.

                                                                    /s/
                                       HENRY H. KENNEDY, Jr.
                                       Motions Court
                                       United States District Judge