IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2369 (RWR) |
| SALEH ALI ABDULLAH AL SALAMI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2452 (PLF) |

## NOTICE OF FILING OF PROTECTED INFORMATION

NOTICE is hereby given that, pursuant to the protective orders entered herein by the Court's Order of April 12, 2006 in <u>Alsaaei v. Bush</u>, No. 05-CV-2369 (RWR) (dkt. no. 14), and the Court's Order of April 13, 2006 in <u>Al Salami v. Bush</u>, No. 05-CV-2452 (PLF), respondents have filed with the Court Security Office a submission which they seek to have designated as "protected information" pursuant to the protective orders. The submission cannot be described in any greater detail without disclosing the substance of the protected information. As required by the protective orders, respondents have disclosed the protected information to petitioners'

counsel and are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conferral, respondents will file an appropriate motion with the Court to have the information designated as "protected."

Dated: November 27, 2006            Respectfully submitted,

                                    PETER D. KEISLER
                                    Assistant Attorney General


                                    DOUGLAS N. LETTER
                                    Terrorism Litigation Counsel

                                      /s/ Andrew I. Warden
                                    JOSEPH H. HUNT (D.C. Bar No. 431134)
                                    VINCENT M. GARVEY (D.C. Bar No. 127191)
                                    TERRY M. HENRY
                                    JAMES J. SCHWARTZ
                                    PREEYA M. NORONHA
                                    ROBERT J. KATERBERG
                                    ANDREW I. WARDEN (IN Bar. No. 23840-49)
                                    NICHOLAS J. PATTERSON
                                    EDWARD H. WHITE
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Ave., N.W.
                                    Washington, DC  20530
                                    Tel:  (202) 514-4107
                                    Fax:  (202) 616-8470

                                    Attorneys for Respondents