**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ABDULLAH ALI SALEH GERAB ALSAAEI, et al., <br><br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents*. | ) ) ) ) ) ) ) ) ) Civil Action No. 05-CV-2369 (RWR) ) ) ) ) ) ) |
| AHMED AL DARBY, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents.* | ) ) ) ) ) ) ) ) ) Civil Action No. 05-CV-2371 (RCL) ) ) ) ) ) ) |

**NOTICE OF FILING**

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order entered in the above-captioned cases, Petitioners have today submitted the following document to the Court Security Officer for clearance for public filing in these cases:

- Petitioners' Notice Of Filing Of Pending Motions In Related Appeals Addressing The Jurisdictional Issues Raised In Respondents' Motion To Dismiss

This document will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Officer.

Dated: April 20, 2007

        Respectfully Submitted,

        SIMPSON THACHER & BARTLETT LLP

        /s/ Paul C. Curnin
        Paul C. Curnin
        Veronica Vela
        Karen E. Abravanel
        425 Lexington Avenue
        New York, New York 10017
        Tel: (212) 455-2000
        Fax: (212) 455-2502


        Attorneys for Petitioners