CLEARED FOR PUBLIC FILING BY CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH ALI SALEH GERAB ALSAAEI, et al., <br><br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents*. | Civil Action No. 05-CV-2369 (RWR) |
| AHMED AL DARBY, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents.* | Civil Action No. 05-CV-2371 (RCL) |

**PETITIONERS' NOTICE OF FILING OF PENDING MOTIONS IN RELATED APPEALS ADDRESSING THE JURISDICTIONAL ISSUES RAISED IN RESPONDENTS' MOTION TO DISMISS**

In connection with the motion to dismiss filed by Respondents on April 19, 2007 in these and other *habeas* actions brought by Guantánamo detainees, Petitioners respectfully submit for the Court's information and consideration: (1) a pending motion to the D.C. Circuit filed by the petitioners in *Al Odah v. United States* to stay the mandate in *Boumediene v. Bush*, 476 F.2d 981 (D.C. Cir. 2007) (attached hereto as Ex. A); (2) the *Al Odah* petitioners' pending motion to the United States Court of Appeals for the D.C. Circuit to govern *Boumediene* (attached hereto as Ex. B); and (3) an emergency application that the *Al Odah* petitioners have lodged with the Su-

preme Court, for filing if the D.C. Circuit denies the relief that the *Al Odah* petitioners have requested (attached hereto as Ex. C).

In due course, Petitioners will file an opposition to Respondents' motion to dismiss, based in part on the pendency of the *Al Odah* motions and possible Supreme Court application.

Dated: April 20, 2007

                                        Respectfully Submitted,

                                        SIMPSON THACHER & BARTLETT LLP

                                        /s/ Paul C. Curnin
                                        Paul C. Curnin
                                        Veronica Vela
                                        Karen E. Abravanel
                                        425 Lexington Avenue
                                        New York, New York 10017
                                        Tel: (212) 455-2000
                                        Fax: (212) 455-2502

                                        Attorneys for Petitioners

*Of Counsel:*
Gitanjali S. Gutierrez
J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499