## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents.* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-CV-2369 (RWR) |

## <u>NOTICE OF FILING</u>

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order entered in the above-captioned case, Petitioners have today submitted the following document to the Court Security Officer for clearance for public filing in this case:

- Petitioners' Opposition To Respondents' Motion To Dismiss

This document will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Officer.

Dated: May 3, 2007

Respectfully Submitted,

SIMPSON THACHER & BARTLETT LLP

/s/ Paul C. Curnin
Paul C. Curnin
Veronica Vela
Karen E. Abravanel
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

Attorneys for Petitioners