APPROVED FOR PUBLIC FILING BY CSO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:<br><br>PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Misc. No. 08-0444 (TFH)<br><br>Civil Action No. 05-2369 (RWR) |

**SUPPLEMENTAL STATUS REPORT FOR *ALSAAEI V. BUSH*,
CIVIL ACTION NO. 05-2369 (RWR)**

Undersigned counsel hereby submit the following supplemental status report for the case captioned *Alsaaei, et al. v. Bush, et al.,* Civil Action No. 05-2369 (RWR), pursuant to this Court's July 3, 2008 Order and Petitioners' July 14, 2008 and August 13, 2008 status reports:

1. Since filing Petitioners' July 14, 2008 status report, undersigned counsel have made repeated attempts to speak directly with Petitioner Abdullah Ali Saleh Gerab Alsaaei, who is also known as Bassam Al Doubaykhi,[1] about his pending *habeas* petition. To date, these attempts have not been successful.

2. Undersigned counsel will continue their attempts to speak with Mr. Al Doubaykhi directly. Once they are able to ascertain whether Mr. Al Doubaykhi intends to pursue his *habeas* petition, undersigned counsel will file a supplemental status report with this Court. In the interim, Mr. Al Doubaykhi reserves all rights to pursue his *habeas* petition under the doctrine of collateral consequences.

---

[1] *See, e.g.,* Respondents' Factual Return to Petition for Writ of Habeas Corpus by Abdullah Ali Saleh Gerab Alsaaei and Notice of Submission of Factual Return Under Seal, *Alsaaei et al., v. Bush*, No. 05-2369 (RWR), dkt. no. 26 (identifying Petitioner as Bassam Al Doubaykhi).

Dated: September 12, 2008

        Respectfully submitted,

        SIMPSON THACHER & BARTLETT LLP

        /s/ Paul C. Curnin
        Paul C. Curnin
        Karen E. Abravanel
        425 Lexington Avenue
        New York, NY 10017
        Tel: (212) 455-2000
        Fax: (212) 455-2502

        *Counsel for Petitioners,*
        *Civil Action No. 05-2369 (RWR)*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.

Dated: September 12, 2008

/s/ Paul C. Curnin
Paul C. Curnin
